UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOSEPH R. JOHNSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No. 1:13-cv-00297-JDL |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 18) filed July 29, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

    /s/ Jon D. Levy
    United States District Judge

Dated this 21st day of August, 2014.